

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19–22–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FRANCIS EDWARD BURKE, JR., | |
| Defendant. | |

The United States having filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 29) and good cause appearing,

IT IS ORDERED that the forfeiture allegation in the above-captioned case is DISMISSED with prejudice.

DATED this 26th day of September, 2019.

Donald W. Molloy, District Judge
United States District Court